

The Honorable Ronald B. Leighton

05-CV-05065-STIP

# IN THE U.S. DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SEH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE BOC GROUP, INC., BOC EDWARDS, A DIVISION OF THE BOC GROUP, PLC, and AIRCO INDUSTRIAL GASES A/K/A AIRCO, INC., <br><br> Defendants. | NO. CV-05-5605 RBL <br><br> **AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: <br> <u>Friday, November 18, 2005</u> <br><br> [Clerk's action required] |

## 1. AGREED MOTION

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff SEH America, Inc. ("SEH") and Defendants The BOC Group, Inc., and Airco Industrial Gases (hereinafter collectively "BOC") respectfully request an extension of time to file the responsive pleading to SEH's first amended complaint filed October 4, 2005 (hereinafter "Amended Complaint")[1]. See Amended Complaint (dkt. no. 13). The time for BOC to respond was previously extended to November 11, 2005, to allow the date to be after the TRO hearing. The TRO motion was subsequently withdrawn, and the parties are now exploring possible resolution of the matter. The parties hereby request that time be

---

[1] BOC does not believe that BOC Edwards has been served, nor has service been waived on its behalf. However, BOC does not believe that BOC Edwards is a necessary party to the case at this time.

AGREED MOTION FOR AN EXTENSION FOR DEFENDANT TO
FILE AN ANSWER OR RESPONSIVE PLEADING TO
COMPLAINT - CV-05-5605 RBL - page 1

HOLLAND & KNIGHT LLP
2600 Pike Tower
520 Pike Street
Seattle, Washington 98101
Telephone: (206) 340-1825

1  granted for BOC to file a responsive pleading to the Amended Complaint, making its response
2  due on or before January 17, 2006.

3  The parties now seek the approval of the court. *In re Sonoma V*, 703 F.2d 429, 431-32
4  (9th Cir. 1983) (parties may not agree to enlargement of time under FRCP 6(b) without court
5  approval).

## II.   ARGUMENT AND AUTHORITY

7  The district court has broad discretion under FRCP 6(b)(1) to enlarge a period of time
8  established by the Rules or by court order. *Maldonado-Denis v. Castillo-Rodriguez*, 23 F.3d
9  576, 583 (1st Cir. 1994) (trial court has great leeway in granting enlargement of time).

10 The extension is requested because the parties are actively exploring alternative means of
11 resolving this matter. The parties intend to work cooperatively to expedite the conclusion of this
12 dispute and are seeking additional time in which to do so. Granting an extension here will
13 support the just, speedy and inexpensive determination of this matter, without diverting the
14 parties' energies to other potential motions that might result from filing a responsive pleading.

15 //

17 //

19 //

AGREED MOTION FOR AN EXTENSION FOR DEFENDANT TO
FILE AN ANSWER OR RESPONSIVE PLEADING TO
COMPLAINT - CV-05-5605 RBL – page 2

HOLLAND & KNIGHT LLP
2600 Pike Tower
520 Pike Street
Seattle, Washington 98101
Telephone: (206) 340-1825

### III. CONCLUSION

The request for an extension should be granted because it has been agreed upon by all parties, and it will ensure that the parties an opportunity to explore alternative, more efficient methods of resolution of this matter.

DATED this 18th day of November, 2005.

HOLLAND & KNIGHT LLP

/s/
---
Christopher H. Howard, WSBA #11074
Martin Durkin, admitted *pro hac vice*
Illinois Bar No. 6199640
Alexander A. Baehr, WSBA #25320
Of Attorneys for Defendants
The BOC Group, Inc.,
and Airco Industrial Gases

/s/ (signature)
---
Eugene M. Nettles, admitted *pro hac vice*
Texas Bar No. 14927300
Eric D. Wade
Texas Bar No. 00794802
Ray T. Torgerson
Texas Bar No. 24003067
PORTER & HEDGES
1000 Main St Fl 36
Houston TX 77002
713/226-6000

LANE POWELL PC

/s/
---
Douglas Edward Smith, WSBA #17319
Kimberly Meyers, WSBA #26528

Of Attorneys for Plaintiff SEH America, Inc.

### IV. ORDER

IT IS SO ORDERED this 21st day of November, 2005.

_____
The Honorable Ronald B. Leighton
United States District Court Judge

# 3391602_v1

AGREED MOTION FOR AN EXTENSION FOR DEFENDANT TO
FILE AN ANSWER OR RESPONSIVE PLEADING TO
COMPLAINT - CV-05-5605 RBL - page 3

HOLLAND & KNIGHT LLP
2600 Pike Tower
520 Pike Street
Seattle, Washington 98101
Telephone: (206) 340-1825